

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:      Ex parte Adrian Barnes

Appellate case number:    01-19-00644-CR

Trial court case number:    1494270A

Trial court:               209th District Court of Harris County

On January 8, 2020, appellant, Adrian Barnes, filed a "Motion to Strike the Untimely Brief Filed by Appellee," requesting that this Court strike the appellee's brief "for its untimeliness." We **deny** the motion. *See* TEX. R. APP. P. 31.1, 38.6(d).

It is so ORDERED.


Judge's signature: ____/s/ Julie Countiss_____
                     ☒ Acting individually    ☐ Acting for the Court

Date: __January 23, 2020____